IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FRANK SPARKS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:09-cv-1129-MEF |
| | ) |
| JIMMY B. BROWN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On March 18, 2010, the Magistrate Judge filed a Recommendation (Doc. # 14) in this case to which no party has timely objected. Upon an independent review of the file and upon consideration of the Magistrate Judge's recommendation, it is the

ORDER, JUDGMENT, and DECREE of the Court that:

1. The Recommendation of the Magistrate Judge (Doc. # 14) is ADOPTED.

2. The defendants' Motion to Substitute the Commissioner of Social Security as the Sole Defendant (Doc. # 6), filed on December 30, 2009, is GRANTED, and the plaintiff's claims against Defendants Brown, Wilson, and the Social Security Administration are DISMISSED.

3. The case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this the 2nd day of April, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE