IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FRANK SPARKS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:09-cv-1129-MEF |
| | ) |
| MICHAEL J. ASTRUE, Commissioner | ) (WO) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT, and DECREE of this Court:

1. The plaintiff's objection (Docs. # 28 & 30) to the Recommendation of the Magistrate Judge, filed on July 23, 2010, is OVERRULED.

2. The Recommendation of the Magistrate Judge (Doc. # 27), filed on July 12, 2010 is ADOPTED.

3. The Commissioner's motion to dismiss (Doc. # 20) is GRANTED and this action is DISMISSED for lack of subject matter jurisdiction.

DONE this the 4th day of August, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE