IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FRANK SPARKS, JR., | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )    CASE NO. 3:09-cv-1129-MEF |
| | ) |
| MICHAEL J. ASTRUE, Commissioner | )    (WO) |
| of Social Security, | ) |
| | ) |
|    Defendant. | ) |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions, and orders entered in this case, it is hereby

ORDERED and ADJUDGED that judgment is entered in favor of the defendant and against the plaintiff, and that this action is DISMISSED.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 4th day of August, 2010.

                                          /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE